**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VOYAGER DIGITAL HOLDINGS, INC., *et al.*,[1] | ) | Case No. 22-10943 (MEW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AMENDED SCHEDULES OF ASSETS AND LIABILITIES
## OF VOYAGER DIGITAL, LLC (CASE NO. 22-10945)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Voyager Digital Holdings, Inc. (7687); Voyager Digital Ltd. (7224); and Voyager Digital, LLC (8013). The location of the Debtors' principal place of business is 33 Irving Place, Suite 3060, New York, NY 10003.

**Fill in this information to identify the case:**

Debtor name: Voyager Digital, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-10945

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: Undetermined
Priority amount: Undetermined

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**
N/A

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Basis for the claim:**
Potential Income Tax Liability

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

3.1

See Schedule F Attachment

**As of the petition filing date, the claim is:**
*Check all that apply.*

$100,000.00

☐ Contingent

**Date or dates debt was incurred**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $100,000.00 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $100,000.00 |

**AMENDED SCHEDULE F ATTACHMENT**
Non-Customer Creditors Who Have Non-Priority Unsecured Claims

| Amendment Note | ID | Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Country | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Added | 3.001 | Stephen Ehrlich | 33 Irving Place | Suite 3060 | New York | NY | 10003 | United States | Various Dates | N/A | Accrued Bonus | | | | No | $100,000.00 |

| | | | | | | | | | | | | | | | **TOTAL:** | $100,000.00 |

**Fill in this information to identify the case:**

Debtor name: Voyager Digital, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-10945

☑ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**    Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1    **State what the contract or lease is for and the nature of the debtor's interest**    See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

AMENDED SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| Amendment Note | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Added | Amendment No. 1 Exhibit A-1 | N/A | Unknown | Actimize | 221 River St | 1Th Floor | Hoboken | NJ | 73 | United States |
| Added | Business Continuity Management Policy | N/A | Unknown | Ada Support Inc. | 371 Front Street W | | Toronto | Ontario | M5V 3S8 | Canada |
| Added | Adobe General Terms | N/A | Unknown | Adobe | 345 Park Avenue | Suite 314 | San Jose | CA | 9511-274 | United States |
| Added | Aws Customer Agreement | N/A | Unknown | Amazon Web Services | Undetermined | | | | | |
| Added | Aws Service Terms | N/A | Unknown | Amazon Web Services | Undetermined | | | | | |
| Added | Continued Operations | N/A | Unknown | Amazon Web Services | Undetermined | | | | | |
| Added | Service Organization Controls | N/A | Unknown | Amazon Web Services | Undetermined | | | | | |
| Added | Anchorage Systems And Organization Controls 1 (Soc 1) Type I Report | N/A | Unknown | Anchorage | 491 S. Isabel Place | Suite 2 | Sioux Falls | SD | 5718 | United States |
| Added | Lending Agreement | N/A | Unknown | Anchorage | 491 S. Isabel Place | Suite 2 | Sioux Falls | SD | 5718 | United States |
| Added | Master Agency And Facility Administration Agreement | N/A | Unknown | Anchorage | 491 S. Isabel Place | Suite 2 | Sioux Falls | SD | 5718 | United States |
| Added | Master Trading Agreement | N/A | Unknown | Aquanow Site | Undetermined | | | | | |
| Removed | Permanent Placement Agreement | N/A | Unknown | Arrow Search Partners | 53 5Th Avenue | | New York | NY | 136 | United States |
| Added | Atlassian Jira And Confluence Cloud Soc2 Type-2 31 | N/A | Unknown | Atlassian Pty Ltd | Undetermined | | | | | |
| Added | Beekman Social Master Service Agreement | N/A | Unknown | Beekman Social, Llc | Undetermined | | | | | |
| Added | Investing Invoice | N/A | Unknown | Better Investing | Undetermined | | | | | |
| Added | Terms & Conditions Of Supply | N/A | Unknown | Burp | Undetermined | | | | | |
| Added | Digital Asset Lending Agreement | N/A | Unknown | Celsius | 35 Great St. Helen'S | | London | | EC3A 6AP | United Kingdom |
| Added | Citrix License Agreement | N/A | Unknown | Citrix | 851 Cypress Creek Road | | Fort Lauderdale | FL | 3339 | United States |
| Added | Invoice | N/A | Unknown | Cockroach Labs, Inc. | Undetermined | | | | | |
| Added | Terms And Conditions | N/A | Unknown | Crowdstrike | Undetermined | | | | | |
| Added | Terms Of Service | N/A | Unknown | Cryptocompare | Undetermined | | | | | |
| Added | Electronic Access And Trading Addendum | N/A | Unknown | Cumberland | Undetermined | | | | | |
| Added | Master Purchase Agreement | N/A | Unknown | Cumberland | Undetermined | | | | | |
| Added | Terms Of Use | N/A | Unknown | Digicert | 281 North Thanksgiving Way | Suite 5 | Lehi | UT | 8443 | United States |
| Added | Docusign Master Services Agreement | N/A | Unknown | Docusign | 221 Main St. | Suite 155 | San Francisco | CA | 9415 | United States |
| Added | Dropbox Services Agreement | N/A | Unknown | Dropbox | Undetermined | | | | | |
| Added | Cryptocurrency Purchase Agreement | N/A | Unknown | Dv Chain, Llc | 216 West Jackson Blvd | 3Rd Floor | Chicago | IL | 666 | United States |
| Added | Master Loan Agreement | N/A | Unknown | Dv Chain, Llc | 216 West Jackson Blvd | 3Rd Floor | Chicago | IL | 666 | United States |
| Added | Supplemental Settlement Guaranty | N/A | Unknown | Dv Chain, Llc | 216 West Jackson Blvd | 3Rd Floor | Chicago | IL | 666 | United States |
| Added | Master Subscription Agreement | N/A | Unknown | Evergreen | Undetermined | | | | | |
| Added | System And Organization Controls (Soc) 3 Report | N/A | Unknown | Figma | 116 New Monthomery Street | Suite 4 | San Fransisco | CA | 9415 | United States |
| Added | Distribution Agreement of FS Insight LLC ("FSI") Research | 321 | Unknown | Fundstrat | 150 East 52nd St | 3rd Floor | New York | NY | 10022 | United States |
| Added | Conditions Générales De Prestations De Services De Gandi | N/A | Unknown | Gandi.Net | Undetermined | | | | | |
| Added | Godaddy - Universal Terms Of Service Agreement | N/A | Unknown | Godaddy | 2155 E. Godaddy Way | | Tempe | AZ | 85284 | United States |
| Added | Invoice | N/A | Unknown | Hotjar | Dragonara Business Centre | 5Th Floor, Dragonara Road | Stj | | 3141 | Malta |
| Added | Order Summary | N/A | Unknown | Indianaoplis Motor Speedway | 479 W. 16Th St. | | Indianaoplis | IN | 46222 | United States |
| Added | Recruiting Service Engagement Letter | 21 | Unknown | Iqtalent Partners, Inc. | 21 4Th Ave N | Suite 13 | Nashville | TN | 37218 | United States |
| Added | Enterprise Sales Order Form | 68 | Unknown | Iterable | 71 Stevenson St | Suite 3 | San Fransisco | CA | 9415 | United States |
| Added | Software License And Services Agreement | N/A | Unknown | Jamf | 1 Washington Ave S | Suite 11 | Minneapolis | MN | 5541 | United States |
| Added | Master Purchase And Sale Agreement For Digital Assets | N/A | Unknown | Jane Street | Undetermined | | | | | |
| Added | Terms Of Service | N/A | Unknown | Jetbrains | Undetermined | | | | | |
| Added | Lastpass Terms Of Use | N/A | Unknown | Lastpass | 32 Sumner Street | | Boston | MA | 221 | United States |
| Added | Platform As Service Agreement | 1024 | Unknown | Ledger Technologies Inc | Undetermined | | | | | |
| Added | Soc3 Report | N/A | Unknown | Logmein | Undetermined | | | | | |
| Added | Authorization Agreement | N/A | Unknown | Metropolitan Commercial Bank | 99 Park Avenue | 12th Floor | New York | NY | 10016 | United States |
| Added | Deposit Agreement | N/A | Unknown | Metropolitan Commercial Bank | 99 Park Avenue | 12th Floor | New York | NY | 10016 | United States |

**AMENDED SCHEDULE G ATTACHMENT**
Executory Contracts and Unexpired Leases

| Amendment Note | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Added | Deposit Agreement | N/A | Unknown | Metropolitan Commercial Bank | 99 Park Avenue | 12th Floor | New York | NY | 10016 | United States |
| Added | Master Cloud Agreement | N/A | Unknown | Miro | 21 Spear Street | Suite 11 | San Francisco | CA | 9415 | United States |
| Added | Statement Of Work ("Sow") | N/A | Unknown | Motivate Design, Llc | Undetermined | | | | | |
| Added | License Agreement And Invoice | N/A | Unknown | Msg Arena, Llc | Undetermined | | | | | |
| Added | Marketing Agreement | N/A | Unknown | Name on File | Address on File | | | | | |
| Added | Voyager Marketing Agreement | 194 | Unknown | Name on File | Address on File | | | | | |
| Added | Voyager Marketing Agreement | N/A | Unknown | Name on File | Address on File | | | | | |
| Added | Purchase Order | N/A | Unknown | Name on File | Address on File | | | | | |
| Added | Talent Agreement | 272 | Unknown | Name on File | Address on File | | | | | |
| Added | Marketing Ageement | 653 | Unknown | Name on File | Address on File | | | | | |
| Added | Master Subscription Agreement | N/A | Unknown | Okta | 1 First Street | 6Th Floor | San Fransisco | CA | 9415 | United States |
| Added | Organic Master Services Agreement | N/A | Unknown | Organic, Inc. | 22 East 42Nd St | | New York | NY | 117 | United States |
| Added | Terms & Conditions | N/A | Unknown | Pinata | Undetermined | | | | | |
| Added | Terms Of Service | N/A | Unknown | Postman | Undetermined | | | | | |
| Added | General Terms Of Service | N/A | Unknown | Roadmunk | Undetermined | | | | | |
| Added | March 2021 Virtual Spring Conference Presenter Invoice | N/A | Unknown | Sidoti & Company Llc | Undetermined | | | | | |
| Added | Snap Cryptocurrency Terms | N/A | Unknown | Snapchat | Undetermined | | | | | |
| Added | Invoice From Stockjock | N/A | Unknown | Stockjock | Undetermined | | | | | |
| Added | Tai Mo Shan Otc Trading Agreement | N/A | Unknown | Tai Mo Shan Limited | Undetermined | | | | | |
| Added | Talos Privacy Policy | N/A | Unknown | Talos | Undetermined | | | | | |
| Added | Talos Terms Of Use | N/A | Unknown | Talos | Undetermined | | | | | |
| Added | Tmx Agreement | N/A | Unknown | Tmx | Undetermined | | | | | |
| Added | Plan & Billing | N/A | Unknown | Typeform | Undetermined | | | | | |
| Added | Card Marketing Agreement | 810 | Unknown | Usio, Inc. | Undetermined | | | | | |
| Added | Fourth Amendment To Cryptocurrency Agreement | N/A | Unknown | Usio, Inc. | Undetermined | | | | | |
| Added | Loan Agreement | N/A | Unknown | Wintermute Trading Ltd | Undetermined | | | | | |
| Added | Order Form Detials | N/A | Unknown | Wrike, Inc. | 7 North 2Nd Street | | San Jose | CA | 95113 | United States |
| Added | Terms Of Service | N/A | Unknown | Zoom | Undetermined | | | | | |

**Fill in this information to identify the case:**

Debtor name: Voyager Digital, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 22-10945

☑ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*      Schedule E/F, Part 1; Schedule E/F, Part 2; Schedule G

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a      _____

declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 9/15/2022 | /s/ Stephen Ehrlich |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Stephen Ehrlich |
| | Printed name |
| | Chief Executive Officer and Co-Founder of Voyager |
| | Position or relationship to debtor |